# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Phoenix Ridge GA TC, LP     vs.  City of Atlanta, Georgia     Appeal No. 24-12883-D

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

Frank T. Sinito

Millennia Housing Management, Ltd., LLC

Submitted by:
Signature: *[signature]*
Name: Jarvarus A. Gresham     Prisoner # (if applicable): -NA_
Address: BakerHostetler, LLP 1170 Peachtree Street, NE Atlanta, Georgia 30309 Suite 2400
Telephone #: 404.946.9791

Rev.: 2/23