# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| PHOENIX RIDGE GA TC, LP | ) |
| | ) |
|     Appellant | ) |
| | ) |
| v. | ) APPEAL NO. 24-12883-HH |
| | ) |
| CITY OF ATLANTA, GEORGIA | ) |
| | ) |
|     Appellee | ) |
| | ) |

## CITY OF ATLANTA, GEORGIA'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-2, Appellee City of Atlanta, Georgia submits this Certificate of Interested Persons and Corporate Disclosure Statement, stating that the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this particular case and appeal:

    Ambler, Robert R., Jr., attorney for Appellee City of Atlanta, Georgia;

    Baker & Hostetler LLP, attorneys for Appellant Phoenix Ridge GA TC, LP;

    Bauer, S. Derek, attorney for Appellant Phoenix Ridge GA TC, LP;

    City of Atlanta, Georgia, Appellee;

    Cohen, Mark H., trial judge;

Gresham, Jarvarus A., attorney for Appellant Phoenix Ridge GA TC, LP;

Lentz, Kurt E., attorney for Appellant Phoenix Ridge GA TC, LP;

Millennia Housing Management, Ltd. LLC, corporate affiliate of Appellant Phoenix Ridge GA TC, LP;

Phoenix Ridge GA TC, LP, Appellant;

Sinito, Frank T., owner of Appellant Phoenix Ridge GA TC, LP;

White, Brendan H., attorney for Appellee City of Atlanta, Georgia;

Whitley, Joe D., attorney for Appellee City of Atlanta, Georgia;

Womble Bond Dickinson (US) LLP, attorneys for Appellee City of Atlanta, Georgia.

Appellee City of Atlanta, Georgia is a municipality created by the State of Georgia and thus has no parent corporations, corporate subsidiaries, or corporate affiliates to disclose.

Respectfully submitted this the 3rd day of October, 2024.

                              WOMBLE BOND DICKINSON (US) LLP

                          By:   */s/ Robert R. Ambler, Jr.*
                                  Joe D. Whitley
                                  Georgia Bar No. 756150
                                  Robert R. Ambler, Jr.
                                  Georgia Bar No. 014462
                                  Brendan H. White

*Phoenix Ridge GA TC, LP v. City of Atlanta, Georgia*, No. 24-12883-HH
Page 3 of 4

Georgia Bar No. 458315

1331 Spring Street N.W.
Suite 1400
Atlanta, Georgia 30309
Telephone: (404) 872-7000
Facsimile: (404) 888-7490
Email: Joe.Whitley@wbd-us.com
       Bob.Ambler@wbd-us.com
       Brendan.White@wbd-us.com

*Attorneys for Defendant City of Atlanta, Georgia*

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **CITY OF ATLANTA, GEORGIA'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was filed electronically using the CM/ECF system, which will automatically provide notice to all attorneys of record by electronic means.

This 3rd day of October, 2024.

/s/ *Robert R. Ambler, Jr.*
Robert R. Ambler, Jr.
Georgia Bar No. 014462